**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:08CR450 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| AMAR HENDERSON, | ) | |
| DEVON DEMIA SMITH, and | ) | |
| CHARLES JONES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to continue by defendant Charles Jones (Jones) (Filing No. 51). Jones seeks a continuance of the trial of this matter which is scheduled for March 23, 2009. Jones has submitted an affidavit wherein he represents that he consents to the motion and acknowledges he understands the additional time may be excludable time for the purposes of the Speedy Trial Act (Filing No. 52). Upon consideration, the motion will be granted **as to all defendants**.

**IT IS ORDERED:**

1. Jones's motion to continue trial (Filing No. 51) is granted as to all defendants.

2. Trial of this matter is re-scheduled for **April 13, 2009,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 13, 2009 and April 13, 2009,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendants' counsel require additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 13th day of March, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge